IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00264 |
| Plaintiff, | |
| | JUDGE ALGENON L. MARBLEY |
| v. | |
| | Magistrate Judge King |
| JAMES JASON RUDAI, | |
| Defendant. | |

## ORDER ADOPTING MAGISTRATE JUDGE KING'S REPORT AND RECOMMENDATION ACCEPTING DEFENDANT'S GUILTY PLEA [#29]

This matter is before the Court on Magistrate Judge King's Report and Recommendation Accepting Defendant James Jason Rudai's plea of guilty to one count of Failing to Register under the Sexual Offender Registration and Notification Act, 18 U.S.C. § 2250(a). (Doc. 29.) The Report and Recommendation was filed on August 7, 2019, and the parties had fourteen days thereafter to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge King reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge King's August 7, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Defendant's guilty plea is hereby **ACCEPTED**.

IT IS SO ORDERED.

/s/ Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2019

1